Jeffrey COHEN, Plaintiff–Appellant,

v.

Rod ROSENSTEIN, U.S. Attorney; Harry Gruber, Asst. U.S. Attorney; Joyce McDonald, Asst. U.S. Attorney, Defendants–Appellees.

No. 15–6193.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 22, 2015.

Jeffrey Brian Cohen, Appellant Pro Se.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Brian Cohen appeals the district court's order dismissing without prejudice [1] his civil complaint against federal prosecutors as premature [2] under 28 U.S.C. §§ 1915, 1915A (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cohen v.*

---

2. *See Edwards v. Balisok,* 520 U.S. 641, 646, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997); *Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

*Rosenstein,* No. 1:15–cv–00263–WDQ (D.Md. Feb. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*